Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Erin Gettel
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Erin_Gettel@fd.org

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| United States of America, | Case No. 2:05-cr-00084-JCM-LRL |
|---|---|
| Plaintiff, | **Second Stipulation to Continue Revocation Hearing** |
| v. | |
| Joseph Nocedal, | |
| Defendant. | |

The parties jointly request that this Court vacate the October 30, 2020, hearing on the petition to revoke supervised release and continue it for at least 30 days. The parties have reached a resolution and will be submitting a proposed modification to the Court. Nocedal is not in custody and agrees to the continuance.

DATED: October 28, 2020.

| Rene L. Valladares | Nicholas A. Trutanich |
| Federal Public Defender | United States Attorney |
| | |
| */s/ Erin Gettel* | */s/ Shaheen Torgoley* |
| By_____ | By_____ |
| Erin Gettel | Shaheen Torgoley |
| Assistant Federal Public Defender | Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America, | Case No. 2:05-cr-00084-JCM-LRL |
| Plaintiff, | **Order Granting Second Stipulation to Continue Revocation Hearing** |
| v. | |
| Joseph Nocedal, | |
| Defendant. | |

Based on the stipulation of counsel, the Court finds that good cause exists to continue the revocation hearing.

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for October 30, 2020, at 10:30 a.m. is vacated and continued to  December 2, 2020  at 11:00 a.m,

DATED: October 30, 2020.

_____
James C. Mahan
United States District Judge

2